UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMIE E. STRASSER,

        Plaintiff,

        v.        Case No. 21-C-1257

FARZANEH MASOOL TONDKAR, et al.,

        Defendant.

## DECISION AND ORDER

Plaintiff Jamie Strasser is representing himself in this 42 U.S.C. §1983 case. On March 9, 2023, Defendants Daniel La Voie and Hannah Utter moved for summary judgment, and Defendant Farzaneh Masool Tondkar separately moved for summary judgment. Dkt. Nos. 54, 59. Strasser's response materials were originally due May 10, 2023. On May 4, 2023, at Strasser's request, the Court extended his response deadline to June 9, 2023. On May 11, 2023, Strasser filed a second motion for an extension of time. He asks the Court to give him an additional ninety days to prepare his response materials. Dkt. No. 72.

Given that Strasser has recently transferred to a new institution and has only recently regained access to his legal materials and given that he must respond to two summary judgment motions, the Court will grant his motion for a ninety-day extension of his response deadline. Because the Court is granting such a lengthy extension, Strasser is advised that the Court will not grant further extensions absent a showing of extraordinary circumstances. Strasser should take care to use his time wisely. The Court also reminds Strasser that summary judgment rises or falls on whether there is a genuine dispute of material fact. The Court is familiar with the law and does

not require him to explain the legal basis of his claim so much as to indicate which facts asserted by Defendants are in dispute. Strasser has personal knowledge of the material facts of his case, so he should be able to identify which facts are in dispute and place them before the Court in the form of an unsworn declaration under penalty of perjury. *See* 28 U.S.C. § 1746.

**IT IS THEREFORE ORDERED** that Strasser's motion for an extension of time (Dkt. No. 72) is **GRANTED**. Strasser must file his materials in response to Defendants' motions for summary judgment by **September 7, 2023.** That deadline will not be extended absent a showing of extraordinary circumstances. If Strasser does not respond by the deadline, the Court will accept all facts asserted by Defendants as true and will decide the motions without Strasser's input. Strasser is encouraged to file his response materials as soon as possible to avoid further delay.

Dated at Green Bay, Wisconsin this 15th day of May, 2023.

s/ William C. Griesbach
William C. Griesbach
United States District Judge