UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMIE E. STRASSER,

    Plaintiff,

    v.    Case No. 21-C-1257

FARZANEH MASOOL TONDKAR, et al.,

    Defendant.

# DECISION AND ORDER

Plaintiff Jamie Strasser is representing himself in this 42 U.S.C. §1983 case. On March 9, 2023, Defendants Daniel La Voie and Hannah Utter moved for summary judgment, and Defendant Farzaneh Masool Tondkar separately moved for summary judgment. Dkt. Nos. 54, 59. Strasser's response materials were originally due April 10, 2023. At Strasser's request, the Court extended his response deadline to June 9, 2023, and then to September 7, 2023. On August 2, 2023, Strasser filed a third motion to extend his deadline to respond to Defendants' summary judgment motions. He explains that, since transferring to a new institution on April 26, 2023, he has been unable to locate the flash drive that contains his legal documents. He asserts that he has repeatedly spoken to the property officer, the records department, and the librarian, but no one has returned the flash drive to him. He further asserts that he no longer has Defendants' summary judgment motions, as those were also misplaced during his transfer. Strasser asks for an additional ninety days to respond to Defendants' motions to allow him more time to locate Defendants' motions and his flash drive.

The Court will **GRANT in part** Strasser's motion for an extension of time (Dkt. No. 74). The Court asks Assistant Attorney General Jenifer Bizzotto, counsel for the State Defendants, to contact Strasser's institution in an effort to help him locate his missing property. Further, the Court requests that Bizzotto inform the Court when the institution confirms that it has returned Strasser's property to him. The Court will set a response deadline for thirty days after he regains possession of the motions and his flash drive. Given that Defendants moved for summary judgment nearly two months before Strasser was transferred, he should not require more than thirty days to complete his response materials once his property is returned to him.

**SO ORDERED** at Green Bay, Wisconsin this 3rd day of August, 2023.

s/ William C. Griesbach  
William C. Griesbach  
United States District Judge